IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James R. Overton<br>    Debtor.<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Movant,<br>v.<br><br>James R. Overton<br>    Debtor/Respondent.<br><br>Rosemary C. Crawford, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-24087/TPA<br><br>CHAPTER 7<br><br>11 U.S.C. § 362<br><br>Hearing Date and Time: December 20, 2018, at 10:30 AM<br><br>Objections due by: December 3, 2018<br><br>Docket #: _____<br><br>Related to Doc # _____ |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER FOR
RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENTS:

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than December 3, 2018 i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on December 20, 2018, at 10:30 AM before Judge Thomas P. Agresti in Court Room C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated: November 16, 2018                          BY:/s/ Kevin S. Frankel_____
                                                        Kevin S. Frankel, Esquire
                                                        Shapiro & DeNardo, LLC
                                                        Attorney for Movant
                                                        3600 Horizon Drive, Suite 150
                                                        King of Prussia, PA 19406
                                                        (610)278-6800
                                                        PA Bar ID# 318323